1
2  CENTER FOR DISABILITY ACCESS
   Amanda Seabock, Esq., SBN 289900
3  Dennis Price, Esq., SBN 279082
   Naomi Butler, Esq. SBN 332664
4  100 Pine Street, Suite 1250
   San Francisco, CA 94111
5  (858) 375-7385; (888) 422-5191 fax
   naomib@potterhandy.com
6
7  Attorneys for Plaintiff

8  Philip H. Stillman
   STILLMAN & ASSOCIATES
9  3015 North Bay Road | Suite B
   Miami Beach, FL 33140 |
10 (888) 235- 4279 Fax: (888) 235-4279
11 pstillman@stillmanassociates.com

12 Attorney for Defendant

13                      UNITED STATES DISTRICT COURT
                       NORTHERN DISTRICT OF CALIFORNIA
14

15 **Scott Johnson**,                    Case: 3:21-cv-06253-TSH

16        Plaintiff,
     v.
17                                       **JOINT STIPULATION FOR DISMISSAL**
   **Roshan R. Inc.**, a California
18 Corporation                           **[Fed. R. Civ. P. 41(a)(1)(A)(ii)]**

19        Defendants.

20

21

22

23

24

25

1

**STIPULATION**

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action that Plaintiff's Americans with Disabilities Act claim may be dismissed, with prejudice. The parties further stipulate that Plaintiff's Unruh Civil Rights Act claim may be dismissed, without prejudice; each party to bear his/her/its own attorneys' fees and costs.

Dated: October 4, 2022          CENTER FOR DISABILITY ACCESS

                                By: /s/ Naomi Butler
                                Naomi Butler, Esq.
                                Attorney for Plaintiff

Dated: October 4, 2022          STILLMAN & ASSOCIATES

                                By: /s/ *Philip H. Stillman*
                                Philip H. Stillman, Esq.
                                Attorney for Defendant